# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAMES I. CHAPMAN, | ) | Case No. 1:09-CV-00865 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AEGIS RECEIVABLES MANAGEMENT | ) | |
| INC. d/b/a GLOBAL VANTEDGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JAMES I. CHAPMAN, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted this the _____ day of _____,2009.

_____
Dennis R. Kurz
NY Bar No. 4570453
***Kurz & Fortas, LLC***
Attorneys for Plaintiff
80 Broad Street, 5th Floor
New York, NY 10004
(404) 856-3888
(404) 856-3892 (fax)
dkurz@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I certify that on this <u>24th</u> day of September 2009, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Defendant's counsel as described below. A copy will also be forwarded to Defendant's counsel by electronic mail. Parties may access this filing through the Court's system.

>   Ms. Elizabeth Fite Blanco
>   Sessions, Fishman, Nathan & Israel, LLP
>   9009 Corporate Lake Drive
>   Suite 300-S
>   Tampa FL 33634

Dennis R. Kurz
NY Bar No. 4570453
***Kurz & Fortas, LLC***
Attorneys for Plaintiff
80 Broad Street, 5th Floor
New York, NY 10004
(404) 856-3888
(404) 856-3892 (fax)
dkurz@attorneysforconsumers.com