UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAMES CHAPMAN, | ) | Case No. 1:09-cv-00865 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AEGIS RECEIVABLES MANAGEMENT | ) | |
| INC. d/b/a GLOBAL VANTEDGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
OCT 0 1 2009
LAWRENCE K. BAERMAN, CLERK
ALBANY**

### NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff JAMES CHAPMAN, by and through attorneys, KURZ & FORTAS, LLC, in the above-styles matter, and hereby voluntarily dismisses **WITH** prejudice the above-styles case and requests the Clerk of the Court to enter on the records of the Court that such Complaint has been settled and DISMISSED WITH PREJUDICE.

This __25th__ day of __September__, 2009.

Respectfully submitted,

Dennis R. Kurz
NY Bar No. 4570453
*Kurz & Fortas, LLC*
Attorneys for Plaintiff
80 Broad Street, 5th Floor
New York, NY 10004
(404) 856-3888
(404) 856-3892 (fax)
dkurz@kurzandfortas.com

10/1/09